

# NUMBER 13-22-00077-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| | |
|---|---|
| **NEIL GUAJARDO,** | **Appellant,** |

**v.**

| | |
|---|---|
| **BARBARA A. GUAJARDO,** | **Appellee.** |

## On appeal from the 24th District Court
## of Victoria County, Texas.

# ORDER

### Before Chief Justice Contreras and Justices Benavides and Tijerina
### Order Per Curiam

This cause is before the Court on appellant's third motion for extension of time to file appellant's brief. *See* TEX. R. APP. P. 10.5(b). Appellant's brief was initially due on September 19, 2022. Appellant filed a motion to extend time to file brief on September 19, 2022, which we granted. The deadline for filing the brief was extended until October 19, 2022. Appellant filed a second motion to extend time to file brief on October 19, 2022,

which we granted. The deadline for filing the brief was extended until November 18, 2022. In the current motion, appellant states that an additional thirty-day extension is necessary because counsel is handling several appellate and other matters which require her immediate attention.

Having fully examined and considered appellant's motion, the Court is of the opinion that, in the interest of justice, appellant's third motion of extension of time to file brief should be granted. Accordingly, we GRANT appellant's third motion of extension of time to file appellant's brief. Appellant's brief shall be filed with the clerk of this Court on or before 5:00 p.m. on Monday, December 19, 2022. The Court will grant no further requests for extension of time from appellant.

PER CURIAM

Delivered and filed on the
22nd day of November, 2022.